UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MID-ATLANTIC EQUITY CONSORTIUM, et al., | ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 25-1407 (PLF) |
| U.S. DEPARTMENT OF EDUCATION, et al., | ) ) ) ) | |
| Defendants. | ) ) ) | |

ORDER

The Court has scheduled oral argument on plaintiffs' Motion for Preliminary Injunction [Dkt. No. 15] for Tuesday, July 8, 2025 at 10:30 a.m. in Courtroom 29 in the William B. Bryant Annex to the E. Barrett Prettyman Courthouse at 333 Constitution Avenue N.W., Washington, D.C. 20001. On May 21, 2025, the Court issued its decision in Southern Education Foundation v. United States Dep't of Education ("SEF"), Civil Action No. 25-1079 (PLF), 2025 WL 1453047 (D.D.C. May 21, 2025), which appears to resolve many of the issues presented in this case. In preparation for the argument, it is hereby

ORDERED that counsel shall be prepared to discuss the following:

1. The effect that SEF has on defendants' arguments, specifically whether the reasoning in SEF forecloses defendants' arguments concerning subject matter jurisdiction and the APA.

2. Whether plaintiffs have standing to challenge defendants' alleged termination of federal grants that were awarded to Equity Assistance Centers that are not parties in this case.

3. The Court is not convinced that the NAACP plaintiffs have associational standing to sue on behalf of their members. If the Court finds that Plaintiff MAEC is likely to succeed on the merits of at least some of its claims, is it necessary to resolve the question of the NAACP plaintiffs' standing at this preliminary stage?

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: 7/7/25