UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MID-ATLANTIC EQUITY CONSORTIUM, et al., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | | |
| v. | | Civil Action No. 25-1407 (PLF) |
| U.S. DEPARTMENT OF EDUCATION, et al., | | |
| Defendants. | | |

ORDER

On July 8, 2025, the Court heard oral argument on plaintiffs' Motion for Preliminary Injunction [Dkt. No. 15]. In light of the issues raised during argument, it is hereby

ORDERED that, on or before July 11, 2025, plaintiffs shall file a revised proposed order. Defendants may file any comments or response to plaintiffs' revised proposed order on or before July 14, 2025; it is

FURTHER ORDERED that, on or before July 11, 2025, plaintiffs shall file a supplemental brief of no longer than ten pages providing the basis for the relief requested in the revised proposed order, including the Court's authority to direct defendants to extend the term for Mid-Atlantic Equity Consortium's Equity Assistance Center continuation grant; and it is

FURTHER ORDERED that, on or before July 16, 2025, defendants may file a supplemental brief of no longer than ten pages responding to plaintiffs' supplemental brief.

SO ORDERED.

/s/ Paul L. Friedman

PAUL L. FRIEDMAN
United States District Judge

DATE: 7/8/25