UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MID-ATLANTIC EQUITY CONSORTIUM, *et al.*,

          *Plaintiffs*,

v.

U.S. DEPARTMENT OF EDUCATION, *et al.*,

          *Defendants*.

Case No. 1:25-cv-1407-PLF

**[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION**

The Court has before it Plaintiffs' Motion for a Preliminary Injunction pending final resolution of this matter ("Plaintiffs' Motion") [Dkt. No.15]. Upon consideration of Plaintiffs' Motion, the accompanying memorandum, the related responses and replies filed, and the imminent irreparable harm to Plaintiffs alleged therein, it is hereby for the reasons set forth in the Court's accompanying Opinion [Dkt. No. __]

ORDERED that the Motion of Plaintiff Mid-Atlantic Equity Consortium, Inc. ("MAEC") [Dkt. No. 15] is GRANTED; it is

FURTHER ORDERED that Defendants United States Department of Education and Linda McMahon, in her official capacity as Secretary of Education, shall, within five (5) business days of entry of this Order, REINSTATE the EAC Region I Grant Award (S004D220011) for Plaintiff MAEC, in accordance with the Grant Award Notification terms and conditions in place immediately prior to receipt of the February 13, 2025 Termination Letter by the Department; it is

FURTHER ORDERED that Defendants United States Department of Education and Linda McMahon, in her official capacity as Secretary of Education, EXTEND the current budget period for the EAC Region I Grant Award (S004D220011) by a period of at least 320 calendar days from

the date of the Defendant's reinstatement of the Region I grant to allow Plaintiff MAEC to continue to operate an equity assistance center and to withdraw and expend any existing grant funds allocated during the extended budget period.

FURTHER ORDERED that Defendants United States Department of Education and Linda McMahon, in her official capacity as Secretary of Education, shall provide Plaintiff MAEC reimbursement for all outstanding expenses and otherwise allowable expenditures incurred between February 13, 2025—the date of termination—and this Court's Order; it is

FURTHER ORDERED that Defendants United States Department of Education and Linda McMahon, in her official capacity as Secretary of Education, SHALL NOT TERMINATE, and are ENJOINED from terminating the EAC Region I Grant Award (S004D220011) in a manner this Court has determined is likely unlawful, including in a manner that is violative of the Administrative Procedure Act, as described in the accompanying Opinion, or otherwise contrary to the General Education Provisions Act and its implementing regulations (20 U.S.C. §§ 1234–1234i; 34 C.F.R. §§ 81.1–81.20), Title VI and its implementing regulations (42 U.S.C. § 2000d–1; 34 C.F.R. pt. 100), or the OMB Uniform Guidance (2 C.F.R. pt. 200 ); it is

FURTHER ORDERED that Defendants United States Department of Education and Linda McMahon, in her official capacity as Secretary of Education, SHALL NOT TERMINATE, and are ENJOINED from terminating the EAC Region I Grant Award (S004D220011) pursuant to agency priorities not adopted pursuant to the notice and comment requirements of 20 U.S.C. § 1232, 34 C.F.R. § 75.105, and 5 U.S.C. § 553; it is

FURTHER ORDERED that, for the reasons set forth in the accompanying opinion, [Dkt. No. __], the Motion of Plaintiffs NAACP, the Tennessee State Conference of the NAACP, and Fayette-Somerville NAACP is granted. It is ORDERED that the above relief shall also apply to

the EAC Grant Awards awarded to the remaining EAC Grantees (the Southern Education Foundation, WestEd, and Midwest and Plains Equity Center); it is

FURTHER ORDERED that Plaintiffs' Motion is hereby DENIED in all other respects; it is

FURTHER ORDERED that the parties shall file a joint status report within ten (10) business days of entry of this Order, apprising the Court of the status of the parties' compliance with this Order and shall file joint status reports every thirty (30) days thereafter during the pendency of the litigation, updating the Court on the parties' compliance with this Order; and it is

FURTHER ORDERED that this preliminary injunction shall remain in effect subject to further order of Court.

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

SO ORDERED this ____ day of ____, 2025