### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

MID-ATLANTIC EQUITY CONSORTIUM, *et al*.,

                              *Plaintiffs*,

v.

U.S. DEPARTMENT OF EDUCATION, *et al.*,

                              *Defendants*.

Case No. 1:25-cv-1407-PLF

### JOINT STATUS REPORT

Pursuant to the Court's July 30, 2025 Order, ECF No. 42, Plaintiff Mid-Atlantic Equity Consortium, Inc. ("MAEC") and Defendants U.S. Department of Education ("Department") and Secretary of Education Linda McMahon submit this joint status report.

<u>Defendants' Statement</u>

In accordance with this Court's Order, ECF No. 42, on August 6, 2025, Deputy Assistant Secretary for Policy and Programs Ruth E. Ryder advised Plaintiff MAEC via email to Susan Shaffer and Daryl Williams that the EAC Region I Grant Award (S004D220002) for MAEC "is reinstated and moved out of liquidation status" and that MAEC is "now eligible to resume programmatic and financial activities under the terms and conditions of the original grant award, subject to all applicable federal requirements."

Also in accordance with the Court's Order, the Department advised MAEC that it may submit for reimbursement costs incurred under the grant between February 13, 2025 and July 30, 2025, consistent with the terms and conditions of the grant.

<u>Plaintiff MAEC's Statement</u>

Consistent with the Court's July 30, 2025, Opinion, ECF No. 41, MAEC delivered a bond

in the amount of $100 to the Clerk of Court for the District Court of the District of Columbia on August 1, 2025.

Plaintiff MAEC confirms that, consistent with the Court's Order, ECF No. 42, Defendants have reinstated the EAC Region I Grant Award (S004D220002) in accordance with the Grant Award Notification terms and conditions in place immediately prior to the Department's issuance of the February 13, 2025, Termination Letter. Plaintiff MAEC also confirms that Defendants have not taken any further steps since the issuance of the Court's Order to terminate the EAC Region I Grant Award (S004D220002).

Dated: August 13, 2025                    Respectfully submitted,

*/s/Katrina Feldkamp*
Katrina Feldkamp*
Tiffani Burgess
D.C. Bar No. NY0632
Victor Genecin*
NAACP Legal Defense and
Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
Phone: (212) 965-2200
Fax: (212) 226-7592
kfeldkamp@naacpldf.org
tburgess@naacpldf.org
vgenecin@naacpldf.org

Joseph Wong
DC Bar No. 1017589
NAACP Legal Defense and
Educational Fund, Inc.
700 14th Street NW, Suite 600
Washington, DC 20005
Phone: (202) 682-1300
Fax: (202) 682-1312
jwong@naacpldf.org

\* Admitted *pro hac vice*

*Counsel for Plaintiffs*


JEANINE FERRIS PIRRO
United States Attorney

By:    _/s/ Kartik N. Venguswamy_
KARTIK N. VENGUSWAMY
D.C. Bar No. #983326
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
Tel: (202) 252-1790
kartik.venguswamy@usdoj.gov

*Attorneys for the United States of America*