UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MID-ATLANTIC EQUITY CONSORTIUM, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-1407-PLF |

## STATUS REPORT

Pursuant to the Court's October 15, 2025 Minute Order, Mid-Atlantic Equity Consortium, Inc. ("MAEC"), National Association for the Advancement of Colored People ("NAACP"), NAACP Tennessee State Conference, and Somerville-Fayette NAACP (collectively, "Plaintiffs") write to update the Court on the status of the instant case.

The Court's Memorandum Opinion and Order dated July 30, 2025 (ECF Nos. 41-42), granted in part and denied Plaintiffs' Motion for a Preliminary Injunction (ECF No. 14 as corrected by Plaintiffs' Errata Motion, ECF No. 15). Thereafter, the Parties met and, as reported in their joint status report (ECF No. 43), Defendants reinstated MAEC's EAC Region I Grant Award (S004D220002) in accordance with the Grant Award Notification terms and conditions in place immediately prior to the Department's issuance of the February 13, 2025 Termination Letter. Further, as of the date of this filing, Defendants have not filed an answer to Plaintiffs' Complaint (ECF No. 1) or filed any dispositive motions.

Since the Parties' last joint status report to the Court on August 13, 2025 (ECF No. 43), all Parties have remained in compliance with the terms of Your Honor's Order (ECF No. 42) and Plaintiffs have no further update in connection with the implementation of the Order.

Further, as Your Honor is aware, the federal government has experienced a lapse in appropriations leading to a shutdown of various functions, resulting in a stay of deadlines for the United States in various civil and miscellaneous actions. *See* Standing Order No. 25-55 (JEB), dated October 1, 2025. As a result of the shutdown, and despite attempts to reach out to counsel for Defendants on October 17 and 28, 2025, Plaintiffs have been unable to establish contact to discuss a joint response to Your Honor's October 15, 2025 Minute Order or to confer with Defendants regarding next steps in this litigation.

Accordingly, Plaintiffs respectfully request leave for the Parties to file an updated joint status report with the Court no later than twenty-one days after the lapse in federal funding has concluded and the government has re-opened. Plaintiffs will work expeditiously to file such a report once counsel are able to coordinate at this future date.

Dated: October 29, 2025                                    Respectfully submitted,

                                                           */s/ Katrina Feldkamp*
                                                           Katrina Feldkamp*
                                                           Tiffani Burgess
                                                           D.C. Bar No. NY0632
                                                           NAACP Legal Defense and
                                                           Educational Fund, Inc.
                                                           40 Rector Street, 5th Floor
                                                           New York, NY 10006
                                                           Phone: (212) 965-2200
                                                           Fax: (212) 226-7592
                                                           kfeldkamp@naacpldf.org
                                                           tburgess@naacpldf.org

                                                           Joseph Wong

                                                D.C. Bar No. 1017589
                                                Kelly Gardner
                                                D.C. Bar No. 1002900
                                                NAACP Legal Defense and
                                                Educational Fund, Inc.
                                                700 14th Street NW, Suite 600
                                                Washington, DC 20005
                                                Phone: (202) 682-1300
                                                Fax: (202) 682-1312
                                                jwong@naacpldf.org
                                                kgardner@naacpldf.org.

\* Admitted *pro hac vice*

                                                *Counsel for Plaintiffs*