UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MID-ATLANTIC EQUITY CONSORTIUM, *et al.*,<br><br>     *Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, *et al.*,<br><br>     *Defendants*. | Case No. 1:25-cv-1407-PLF |

**JOINT STATUS REPORT**

  Pursuant to the Court's October 29, 2025, Minute Order, Plaintiffs Mid-Atlantic Equity Consortium, Inc. ("MAEC") and National Association for the Advancement of Colored People ("NAACP"), and Defendants U.S. Department of Education ("Department") and Secretary of Education Linda McMahon submit this joint status report.

  The parties have been negotiating the terms of a consent decree to resolve this matter without further use of the Court's resources. While the parties have agreed in principle to resolve this matter through a consent decree, the specific terms of that agreement are still being negotiated. Accordingly, the parties respectfully propose to submit a further status report (if necessary) in sixty days—on or before February 2, 2026—to provide this Court with an update on the efforts to resolve this case.

\*  \*  \*

| | |
|---|---|
| Dated: December 4, 2025 | Respectfully submitted, |
| */s/Katrina Feldkamp* | JEANINE FERRIS PIRRO |
| Katrina Feldkamp* | United States Attorney |
| Tiffani Burgess | |
| D.C. Bar No. NY0632 | By:   /s/ *Kartik N. Venguswamy* |
| Victor Genecin* | KARTIK N. VENGUSWAMY |
| NAACP Legal Defense and | D.C. Bar No. 983326 |
| Educational Fund, Inc. | Assistant United States Attorney |
| 40 Rector Street, 5th Floor | 601 D St., NW |
| New York, NY 10006 | Washington, DC 20530 |
| Phone: (212) 965-2200 | (202) 252-1790 |
| Fax: (212) 226-7592 | kartik.venguswamy@usdoj.gov |
| kfeldkamp@naacpldf.org | |
| tburgess@naacpldf.org | *Attorneys for the United States of America* |
| vgenecin@naacpldf.org | |

Joseph Wong
DC Bar No. 1017589
NAACP Legal Defense and
Educational Fund, Inc.
700 14th Street NW, Suite 600
Washington, DC 20005
Phone: (202) 682-1300
Fax: (202) 682-1312
jwong@naacpldf.org

* Admitted *pro hac vice*

*Counsel for Plaintiffs*