**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MID-ATLANTIC EQUITY CONSORTIUM, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-1407-PLF |

**JOINT STATUS REPORT**

Pursuant to the Court's February 3, 2026, Minute Order, Plaintiffs Mid-Atlantic Equity Consortium, Inc. ("MAEC") and National Association for the Advancement of Colored People ("NAACP"), and Defendants U.S. Department of Education ("Department") and Secretary of Education Linda McMahon submit this joint status report.

The parties have been negotiating the terms of a consent decree to resolve this matter without further use of the Court's resources. While the parties have agreed in principle to resolve this matter through a consent decree, the specific terms of that agreement are still being negotiated. Specifically, Defendants are currently finalizing a draft and intend to provide that to Plaintiffs within the next ten days. Accordingly, the parties respectfully propose to submit a further status report (if necessary) in forty-five days—on or before March 26, 2026—to provide this Court with an update on the efforts to resolve this case.

* * *

Dated: February 9, 2026

/s/Katrina Feldkamp
Katrina Feldkamp*
Tiffani Burgess
D.C. Bar No. NY0632
Victor Genecin*
NAACP Legal Defense and
Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
Phone: (212) 965-2200
Fax: (212) 226-7592
kfeldkamp@naacpldf.org
tburgess@naacpldf.org
vgenecin@naacpldf.org

Joseph Wong
DC Bar No. 1017589
NAACP Legal Defense and
Educational Fund, Inc.
700 14th Street NW, Suite 600
Washington, DC 20005
Phone: (202) 682-1300
Fax: (202) 682-1312
jwong@naacpldf.org

* Admitted *pro hac vice*

*Counsel for Plaintiffs*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ *Kartik N. Venguswamy*
KARTIK N. VENGUSWAMY
D.C. Bar No. 983326
Assistant United States Attorney
601 D St., NW
Washington, DC 20530
(202) 252-1790
kartik.venguswamy@usdoj.gov

*Attorneys for the United States of America*