UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MID-ATLANTIC EQUITY CONSORTIUM, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-1407-PLF |

**JOINT STATUS REPORT**

Pursuant to the Court's July 30, 2026, Minute Order, Plaintiffs Mid-Atlantic Equity Consortium, Inc. ("MAEC") and National Association for the Advancement of Colored People ("NAACP"), and Defendants, U.S. Department of Education ("Department") and Secretary of Education Linda McMahon, submit this joint status report.

1. As previously reported, Defendants, through counsel, drafted a settlement agreement and provided it to Plaintiffs' counsel for review. The Parties have exchanged multiple proposals and counterproposals, and have been working to finalize the terms of the agreement.

2. On August 26, 2026, Plaintiffs provided the most recent draft agreement to Defendants for review.

3. The Parties continue to work together to finalize the terms of the settlement agreement. Defendants are currently reviewing the draft agreement with their counsel.

4. Accordingly, the Parties respectfully propose to submit a further status report (if necessary) on or before September 18, 2026—or file a stipulation of dismissal if the parties have executed the settlement agreement before then.

Dated: August 27, 2026

Respectfully submitted,


/s/Katrina Feldkamp
Katrina Feldkamp*
Tiffani Burgess
D.C. Bar No. NY0632
Victor Genecin*

NAACP Legal Defense and
Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
Phone: (212) 965-2200
Fax: (212) 226-7592
kfeldkamp@naacpldf.org
tburgess@naacpldf.org
vgenecin@naacpldf.org

Joseph Wong
DC Bar No. 1017589
NAACP Legal Defense and
Educational Fund, Inc.
700 14th Street NW, Suite 600
Washington, DC 20005
Phone: (202) 682-1300
Fax: (202) 682-1312
jwong@naacpldf.org

* Admitted *pro hac vice*

*Counsel for Plaintiffs*

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ *Catherine J. Malycke*
CATHERINE J. MALYCKE
VA Bar No. 84952
Assistant United States Attorney
601 D St., NW
Washington, DC 20530
(202) 809-3495
Catherine.Malycke@usdoj.gov
*Attorneys for the United States of America*