**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MID-ATLANTIC EQUITY CONSORTIUM, *et al.*,

*Plaintiffs*,

v.

U.S. DEPARTMENT OF EDUCATION, *et al.*,

*Defendants*.

Case No. 1:25-cv-1407-PLF

# JOINT STATUS REPORT

Pursuant to the Court's August 27, 2026 Minute Order, Plaintiffs Mid-Atlantic Equity Consortium, Inc. ("MAEC") and National Association for the Advancement of Colored People ("NAACP"), and Defendants U.S. Department of Education and Secretary of Education Linda McMahon submit this joint status report.

1. As previously reported, Defendants, through counsel, drafted a settlement agreement and provided it to Plaintiffs' counsel for review. The Parties have been working to finalize the terms of the agreement.

2. The Parties have had numerous discussions during the month of September to finalize the terms of the settlement agreement. The Parties met and conferred most recently on September 16, 2026.

3. Accordingly, the Parties respectfully propose to submit a further status report (if necessary) on or before October 2, 2026—or file a stipulation of dismissal if the parties have executed the settlement agreement before then.

Dated: September 18, 2026

/s/Katrina Feldkamp
Katrina Feldkamp*
Kelly Gardner*
NAACP Legal Defense and
Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
Phone: (212) 965-2200
Fax: (212) 226-7592
kfeldkamp@naacpldf.org
kgardner@naacpldf.org

Joseph Wong
DC Bar No. 1017589
NAACP Legal Defense and
Educational Fund, Inc.
700 14th Street NW, Suite 600
Washington, DC 20005
Phone: (202) 682-1300
Fax: (202) 682-1312
jwong@naacpldf.org

* Admitted *pro hac vice*

*Counsel for Plaintiffs*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ *Catherine J. Malycke*
CATHERINE J. MALYCKE
VA Bar No. 84952
Assistant United States Attorney
601 D St., NW
Washington, DC 20530
(202) 809-3495
Catherine.Malycke@usdoj.gov
*Attorneys for the United States of America*

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 18, 2026, the foregoing notice was filed electronically and will be sent electronically to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

*/s/Joseph Wong*
Joseph Wong
DC Bar No. 1017589