UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MID-ATLANTIC EQUITY CONSORTIUM, et al., Plaintiffs, | ) | |
| v. | ) | Civil Action No. 25-1407 (PLF) |
| U.S. DEPARTMENT OF EDUCATION, et al., Defendants. | ) | |

ORDER

Before the Court is the parties' joint Stipulation of Dismissal [Dkt. No. 60]. In that stipulation, the parties represent that they have agreed to dismiss this action with prejudice under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, pursuant to their settlement agreement. The parties also represent that they "agree that the Court will retain ongoing and ancillary jurisdiction over the Civil Action for the purposes of interpreting and enforcing the terms and conditions of the Settlement Agreement, consistent with Kokkonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994)." The Court will construe the parties' representations as a joint request that the Court dismiss the case and retain jurisdiction over this action until all conditions of the settlement agreement have been performed. Accordingly, it is hereby

ORDERED that this case is DISMISSED with prejudice. The Clerk of Court is directed to administratively close this case. It is

FURTHER ORDERED that this Court shall retain jurisdiction over this action for the purposes of interpreting and enforcing the terms and conditions of the parties' settlement agreement. See Kokkonen v. Guardian Life Ins. Co., 511 U.S. 375, 381 (1994).

SO ORDERED.

Paul L. Friedman

PAUL L. FRIEDMAN
United States District Judge

DATE: 10/7/26